UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| Robert Dawson, | ) | |
|     Debtor | ) | |
| | ) | |
| 4100 S. 51st St.. | ) | Case No. 10-22701 |
| Milwaukee, WI 53220 | ) | Chapter 7 |
| | ) | |
| Robert Dawson, | ) | Adversary Proceeding No. 10-2299 |
|     Plaintiff | ) | |
| v. | ) | |
| | ) | |
| PLS Loan Store | ) | |
|     Defendant | ) | |

**Stipulation for Dismissal**

The parties, by their attorney of record, hereby stipulate to the dismissal of the above referenced adversary proceeding, with prejudice, and without costs to either party.

Dated: December 20th, 2010

DeLadurantey Law Office, LLC
Attorneys for Plaintiffs

Nathan E. DeLadurantey
State Bar No. 1063937
700 W. Michigan St, Suite 420
Milwaukee, WI 53233
P: 414-377-0515

Dated: December 20, 2010

Whyte Hirschboeck Dudek SC
Attorneys for Plaintiffs

Patrick B. Howell
State Bar No. 1008527
555 E Wells St Ste 1900
Milwaukee, WI 53202
P: 414-978-5526

Drafted By:

Nathan E. DeLadurantey
DeLadurantey Law Office, LLC
700 W. Michigan St, Suite 420.
Milwaukee, WI 53223§
P: 414-377-0515
F: 414-755-0860
nathan@dela-law.com