THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: January 05, 2011



_____
Honorable Pamela Pepper
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| Robert Dawson, | ) | |
| Debtor | ) | |
| | ) | |
| 4100 S. 51st St.. | ) | Case No. 10-22701 |
| Milwaukee, WI 53220 | ) | Chapter 7 |
| | ) | |
| Robert Dawson, | ) | Adversary Proceeding No. 10-2299 |
| Plaintiff | ) | |
| v. | ) | |
| | ) | |
| PLS Loan Store | ) | |
| Defendant | ) | |

**Order on Stipulation for Dismissal**

The parties, by their attorneys of record, having stipulated to the dismissal of the above referenced adversary proceeding,

IT IS THEREFORE ORDERED: that this Adversary Proceeding is hereby dismissed with prejudice, and without costs to either party.

#####

Drafted By:

Nathan E. DeLadurantey
DeLadurantey Law Office, LLC
700 W. Michigan St, Suite 420.
Milwaukee, WI 53223§
P: 414-377-0515
F: 414-755-0860
nathan@dela-law.com