UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| Robert Dawson, | ) | |
|         Debtor | ) | |
| | ) | |
| 4100 S. 51st St.. | ) | Case No. 10-22701 |
| Milwaukee, WI 53220 | ) | Chapter 7 |
| | ) | |
| Robert Dawson, | ) | Adversary Proceeding No. 10-2299 |
|         Plaintiff | ) | |
| v. | ) | |
| | ) | |
| PLS Loan Store | ) | |
|         Defendant | ) | |

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)**

Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor/plaintiff and that compensation was paid to me for services rendered in the above referenced adversary proceeding.

For legal services rendered, I have received      $ 1,995.00

The source of the compensation paid to me was: PLS Loan Store

CERTIFICATION:

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this adversary proceeding.

Dated: February 9, 2011          /s/ Attorney Nathan E. DeLadurantey
                                            Attorney Nathan E. DeLadurantey 1063937
                                            DeLadurantey Law Office, LLC
                                            700 W. Michigan St., Suite 420
                                            Milwaukee, WI 53233
                                            Phone: 414-377-0515 Fax: 414-755-0860
                                            nathan@dela-law.com

Drafted By:

Nathan E. DeLadurantey
DeLadurantey Law Office, LLC
700 W. Michigan St, Suite 420.
Milwaukee, WI 53223§
P: 414-377-0515
F: 414-755-0860
nathan@dela-law.com